E-FILED
Friday, 03 February, 2006 11:21:27 AM
Clerk, U.S. District Court, ILCD



FILED
FEB - 3 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| JOHN FLYNN, JAMES BOLAND, GERALD O'MALLEY, KEN LAMBERT, GERALD SCARANO, H.J. BRAMLETT, EUGENE GEORGE, PAUL SONGER, CHARLES VELARDO, MATTHEW AUILINE, GREGORY R. HESS, MICHAEL SCHMERBECK, VINCENT DELAZZERO AND BEN CAPP, JR., as Trustees of, and on behalf of, the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, INTERNATIONAL MASONRY INSTITUTE, INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, <br><br>Plaintiffs, <br><br>vs. <br><br>ACME TILE, INC. d/b/a ACME TILE CO., INC. <br><br>Defendant. | CASE NO. 06 mc 1007 |

### NOTICE OF REGISTERING FOREIGN JUDGMENT

To: Acme Tile, Inc. d/b/a
Acme Tile Co., Inc.
12417 – 5th Street
Pekin, Illinois 61554

H.D. Bessler, Reg. Agent
Acme Tile, Inc.
1305 Derby Street
Pekin, Illinois 61554-0000

**PLEASE TAKE NOTICE** that on November 16, 2005 judgment creditors **JOHN FLYNN, JAMES BOLAND, GERALD O'MALLEY, KEN LAMBERT, GERALD SCARANO, H.J. BRAMLETT, EUGENE GEORGE, PAUL SONGER, CHARLES VELARDO, MATTHEW AUILINE, GREGORY R. HESS, MICHAEL SCHMERBECK, VINCENT DELAZZERO AND BEN CAPP, JR., as Trustees of, and on behalf of, the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, INTERNATIONAL MASONRY INSTITUTE, INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS**, by their attorneys, **PAUL T. BERKOWITZ & ASSOCIATES, LTD.**, caused to be registered in the United States District Court for the Central District of Illinois, Peoria Division, a Judgment entered/ rendered in favor of the judgment creditors against judgment debtor **ACME TILE, INC. d/b/a ACME TILE CO., INC.** in the United States District Court For The District of Columbia, Case No. 05-1052 (JDB), which Judgment was entered on November 16, 2005, in the cumulative sum of $14,382.21, with post judgment interest accruing from the date of the Judgment pursuant to Chapter 28 of the United States Code, Section 1961. Also filed as aforesaid is the affidavit of the judgment creditors setting forth the name and last known address of the judgment debtor and the same information for the judgment creditors. Copies of the filed judgment and affidavit are attached.

*[signature]*

**PAUL T. BERKOWITZ**
Attorney for Judgment Creditors

PAUL T. BERKOWITZ &
ASSOCIATES, LTD.
Suite 600
123 West Madison Street
Chicago, Illinois 60602
(312) 419-0001
(312) 419-0002 FAX