IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
FEB - 3 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JOHN FLYNN, JAMES BOLAND, )
GERALD O'MALLEY, KEN LAMBERT, )
GERALD SCARANO, H.J. BRAMLETT, )
EUGENE GEORGE, PAUL SONGER, )
CHARLES VELARDO, MATTHEW )
AUILINE, GREGORY R. HESS, MICHAEL )
SCHMERBECK, VINCENT DELAZZERO )
AND BEN CAPP, JR., as Trustees of, and )
on behalf of, the BRICKLAYERS & )
TROWEL TRADES INTERNATIONAL ) CASE NO. 06-MC-1007
PENSION FUND, INTERNATIONAL )
MASONRY INSTITUTE, INTERNATIONAL )
UNION OF BRICKLAYERS AND )
ALLIED CRAFTWORKERS, )
)
      Plaintiffs, )
)
vs. )
)
ACME TILE, INC. d/b/a )
ACME TILE CO., INC. )
)
      Defendant. )

### AFFIDAVIT AND CERTIFICATION OF PLAINTIFFS

Paul T. Berkowitz states, certifies and attests as follows:

My name is Paul T. Berkowitz of **PAUL T. BERKOWITZ & ASSOCIATES, LTD.** I am the attorney for, and a duly authorized agent of, the named Plaintiffs and Judgment Creditors, **JOHN FLYNN, JAMES BOLAND, GERALD O'MALLEY, KEN LAMBERT, GERALD SCARANO, H.J. BRAMLETT, EUGENE**

GEORGE, PAUL SONGER, CHARLES VELARDO, MATTHEW AUILINE, GREGORY R. HESS, MICHAEL SCHMERBECK, VINCENT DELAZZERO AND BEN CAPP, JR., as Trustees of, and on behalf of, the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, INTERNATIONAL MASONRY INSTITUTE, INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS,

1. The address for the named Plaintiffs/Judgment Creditors is as follows:

   a. Bricklayers & Trowel Trades International Pension Fund
      1776 Eye Street, N.W.
      Fifth Floor
      Washington, D.C. 20006

2. The Plaintiffs' attorneys are:

   Paul T. Berkowitz and Thomas E. Moss
   Paul T. Berkowitz & Associates, Ltd.
   123 West Madison Street
   Suite 600
   Chicago, Illinois 60602
   (312) 419-0001

3. The Defendant's/Judgment Debtor's last known address is:

   Acme Tile, Inc.
   12417 5th Street
   Pekin, Illinosi 61554

                    BRICKLAYERS & TROWEL TRADES
                    INTERNATIONAL PENSION FUND, ET AL.

                    By: _____
                        One of Their Attorneys

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al

Plaintiff(s)

v.

ACME TILE CO, INC.

Civil Action No. 05-cv-01052-JDB

Defendant(s)

## CERTIFICATION OF JUDGMENT
## FOR REGISTRATION IN ANOTHER DISTRICT

I, NANCY MAYER-WHITTINGTON, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on ____November 16, 2005____, as it appears in the records of this court, and that:

[X] No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

[ ] No notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been disposed of, the latest order disposing of such a motion having been entered on _____.

[ ] An appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on _____.

[ ] An appeal was taken from this judgment and the appeal was dismissed by order entered on _____.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on January 11, 2006.

NANCY MAYER-WHITTINGTON, Clerk

By: _____Laura M Chipley_____
Deputy Clerk