AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____Central_____  DISTRICT OF  _____Illinois_____

### APPEARANCE

Case Number: 06-MC-1007

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

All Plaintiffs

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/10/2006 | *Thomas E. Moss* |
| Date | Signature |
| | Thomas E. Moss — 6181797 |
| | Print Name — Bar Number |
| | 123 West Madison - Suite 600 |
| | Address |
| | Chicago / Illinois / 60602 |
| | City / State / Zip Code |
| | (312) 419-0001 / (312) 419-0002 |
| | Phone Number / Fax Number |