IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JOHN FLYNN, JAMES BOLAND, GERALD O'MALLEY, KEN LAMBERT, GERALD SCARANO, H.J. BRAMLETT, EUGENE GEORGE, PAUL SONGER, CHARLES VELARDO, MATTHEW AUILINE, GREGORY R. HESS, MICHAEL SCHMERBECK, VINCENT DELAZZERO AND BEN CAPP, JR., as Trustees of, and on behalf of, the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, INTERNATIONAL MASONRY INSTITUTE, INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS,       Plaintiffs, vs. ACME TILE, INC. d/b/a ACME TILE CO., INC., Defendant. | CASE NO. 06-MC-1007 |

CITATION TO DISCOVER ASSETS

To:    Eugene C. Wyman, President, Acme Tile, Inc. d/b/a Acme Tile Co., Inc., 12417 – 5th Street, Pekin, Illinois 61554

**YOU ARE COMMANDED** to appear before District Judge John Gorman in Room C, Federal Building, United States District Court, Central District of Illinois, 100 N.E. Monroe Street, Peoria, Illinois 61602 on April 13, 2006 at 2:00 p.m. to be examined under oath to discover assets or income not exempt from the enforcement of the judgment herein identified.

A judgment in favor of the above Plaintiffs and against Acme Tile, Inc. d/b/a Acme Tile Co., Inc. (judgment debtor) was entered on November 16, 2005 and $14,382.21 plus enforcement costs and post judgment interest remains unsatisfied.

**YOU ARE COMMANDED** to produce at the examination: SEE ATTACHED listing and all other books, papers or records in your possession or control that may contain information concerning the property or income of, or indebtedness due, judgment debtor(s).

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which judgment debtor may be entitled or that may be acquired by or become due to judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to judgment debtor, until further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

**WARNING: YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT**

<u>CERTIFICATE OF ATTORNEY</u>

     In the United States District Court for the District of Columbia on November 16, 2005 a Judgment in the amount of $14,382.21 plus interest was entered in favor of the above Plaintiffs and against Defendant Acme Tile, Inc. d/b/a Acme Tile Co., Inc. in Case No. 05-1052 (JDB) and a balance of $14,382.21 plus interest remains unsatisfied.

     I, the undersigned, certify to the Court, under penalties of perjury as provided by law, that all information stated herein is true.

| | |
|---|---|
| Thomas E. Moss, Attorney No. 6181797<br>Paul T. Berkowitz & Associates, Ltd.<br>Suite 600, 123 West Madison Street<br>Chicago, IL 60602<br>(312) 419-0001<br>(312) 419-0002 FAX | <u>s/ Thomas E. Moss</u><br>Thomas E. Moss, Attorney for Plaintiffs<br><br>WITNESS: _____<br>_____<br>**Clerk United States District Court** |

**Clerk United States District Court Central District of Illinois**

_____ on oath states:

   I am over 18 years of age and not a party to this case. I served the Citation to Discover Assets, with enclosures, as follows:

on _____ by leaving a copy with him/her personally on _____, 2006 at the hour of _____ ___.m. at _____ (Street) _____ (City) _____ County, Illinois.
OR
on _____ by leaving on _____, 2006 at the hour of _____ ___.m. at _____ (Street) _____ (City) _____ County, Illinois, his/her usual place of abode with _____ , a person of his/her family of the age of 13 or upwards informing that person of the contents of the Citation to Discover Assets, and also by mailing on _____, 2006, a copy of the Citation, with enclosures, in a sealed sending a true and correct copy on _____, 2006, by prepaid Registered Mail addressed to him/her, Return Receipt Requested, delivery limited to addressee only. The registry receipt signed by addressee on _____, 2006 is attached.

[attach receipt here]

                     _____
                         Signature

**\*\*SIGNED AND SWORN TO BEFORE ME**
on _____, 2002

_____
**Notary Public**

**\*\* If service is made by sheriff, return may be by certificate rather than by sworn affidavit.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
         **Clerk United States District Court Central District of Illinois**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The requested documents include:

1. All bank books, check books, check registers, pass books, certificates of deposit, and bank statements relating to any kind of bank account whatsoever in which the defendant or any of its business entities had or has had any interest since January 1, 2004
2. All receipts, rental agreements, or other documents relating in any way to all safety deposit boxes to which the defendant or any of its business interests had or has had access since January 1, 2004.
3. All documents relating in any way to any brokerage or trading accounts, stocks, bonds, debentures, notes, commodities, accounts receivable, mutual funds, partnership interests, IRAs, 401 Ks, or any other investment in which defendant or any of its business interests has or had an interest, directly or indirectly, since January 1, 2004.
4. Full and complete copies of defendant's corporate federal tax returns for the years 2003, 2004 and 2005.
5. Any applications for credit cards and financial statements made by defendant since 2004.
6. All documents pertaining to any transfers of property made by defendant or any of its business entities since December 31, 2003, including any transfers for less than full consideration or other than at arms-length.
7. All leases, deeds, mortgages, and trusts relating in any way to real estate in which the defendant or its business entities has had any interest since December 31, 2003.
8. Any documents relating in any way to equipment and any other personal property owned by defendant or its business entities since December 31, 2003.
9. All documents relating in any way to any direct or indirect source of money received by defendant or its business entities since December 31, 2003.
10. All books, records, ledgers, and minutes relating in any way to any company owned, in whole or in part, by defendant or any of defendant's business entities.
11. All registrations and titles to any cars, trucks, or other motor vehicles in which defendant or its business entities has had an interest since December 31, 2003.
12. All contracts to which defendant or any of its business entities has been a party since December 31, 2003.
13. All documents relating in any way to accounts receivable in which defendant or its business entities has had an interest, directly or indirectly, since December 31, 2003.
14. All documents relating in any way to any other thing of value.
15. All documents concerning defendant's interest in any business, including its ownership or other interest or authority, its investment therein, its co-owners, its title and position, its income or other compensation, and other terms of contractual arrangement with such entity, in which defendant or its business entities has had an interest since December 31, 2003.
16. All documents concerning any real estate owned by defendant's or its business entities since December 31, 2003 including appraisals, mortgages, deeds and other relevant information on ownership, costs, value and encumbrances and co-owners.