IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

### CITATION NOTICE TO DEFENDANT

JOHN FLYNN, JAMES BOLAND, GERALD O'MALLEY, KEN LAMBERT, ) 
GERALD SCARANO, H.J. BRAMLETT, EUGENE GEORGE, PAUL )
SONGER, CHARLES VELARDO, MATTHEW AUILINE, GREGORY R. )
HESS, MICHAEL SCHMERBECK, VINCENT DELAZZERO AND BEN ) CASE NO. 06-MC-1007
CAPP, JR., as Trustees of, and on behalf of, the BRICKLAYERS & )
TROWEL TRADES INTERNATIONAL PENSION FUND, INTERNATIONAL ) Return Date: April 13, 2006
MASONRY INSTITUTE, INTERNATIONAL UNION OF BRICKLAYERS )
AND ALLIED CRAFTWORKERS,             Plaintiffs, ) Time:  2:00 p..m.
     vs. )
 )
ACME TILE, INC. d/b/a  ACME TILE CO., INC., Defendant. )

| Judgment Debtor's last known: | Judgment Creditors |
|---|---|
| Name:     Acme Tile, Inc. d/b/a Acme Tile Co., Inc<br>c/o Eugene C. Wyman, President.<br>Address: 12417 – 5th Street<br>City/State/Zip: Pekin, Illinois 61554<br>Phone: _____ | Name:     Plaintiffs c/o Thomas E. Moss<br>Paul T. Berkowitz & Assoc., Ltd.<br>Address: Suite 600, 123 W. Madison St.<br>City/State/Zip: Chicago, Illinois 60602<br>Phone:          (312) 419-0001 |

A Judgment in the amount of $14,382.21 plus interest was entered in the United States District Court for the District of Columbia on November 16, 2005 in favor of the above Plaintiffs and against Defendant Acme Tile, Inc. d/b/a Acme Tile Co., Inc. in Case No. 05-1052 (JDB) and a balance of $14,382.21 plus interest remains unsatisfied. The Judgment has been registered in this District.

Attorney for Judgment Creditor
Attorney No. 6181797
Thomas E. Moss
Paul T. Berkowitz & Associates, Ltd.
Suite 600, 123 West Madison Street
Chicago, IL 60602
(312) 419-0001
(312) 419-0002 FAX

Name of person to receive Citation: <u>Eugene C. Wyman, President, Acme Tile, Inc.</u>

NOTICE: The Court has issued a Citation against the person(s) named above. The Citation directs that person to appear in court to be examined for the purpose of allowing judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The Citation was issued on the basis of a judgment against the judgment debtors and in favor of the judgment creditor in the amount stated above. On or after the court date shown above, the Court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied is limited by federal and Illinois law. THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR(S) WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE. (see reverse)

***************************************************************************************************
**Clerk United States District Court Central District of Illinois**
***************************************************************************************************

1.     Under Illinois or federal law, the exemptions of personal property owned by the debtor include

   the debtor's equity interest, not to exceed $2000 in value, in any personal property as chosen by the debtor.
2. Social Security and SSI Benefits;
3. Public assistance benefits;
4. Unemployment compensation benefits;
5. Workers compensation benefits;
6. Veteran's benefits;
7. Circuit breaker property tax relief benefits;
8. The debtor's equity interest, not to exceed $1,200 in value, in any one motor vehicle;
9. The debtor's equity interest, not to exceed $750 in value, in any implements, professional books, or tools of the trade of the debtor;
10. Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $7500, which homestead is exempt in judgment;
11. Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage;
12. Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.
13. Pension and retirement benefits and refunds may be claimed as exempt under Illinois law. The judgment debtor may have other possible exemptions under law.

**THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH.** The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the Clerk in writing at the office of the Clerk of the U.S. District Court, 309 Federal Building, United States District Court, Central District of Illinois, 100 N.E. Monroe Street, Peoria, Illinois 61602. When so notified, the Clerk of the Court will obtain a prompt hearing date from the Court and will provide the necessary forms that must be prepared by the judgment debtor or his/her attorney and sent to judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing.

<u>This Notice may be sent by regular first class mail.</u>

I certify that this Citation notice was sent by first class mail, postage prepaid to the judgment debtor on March 10, 2006.

Thomas E. Moss, Attorney No. 6181797         s/ Thomas E. Moss
Paul T. Berkowitz & Associates, Ltd.              Thomas E. Moss, Attorney for Plaintiffs
Suite 600, 123 West Madison Street
Chicago, IL 60602
(312) 419-0001
(312) 419-0002 FAX

**Clerk United States District Court Central District of Illinois**