E-FILED
Friday, 21 April, 2006  11:22:51 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JAMES FLYNN, JAMES BOLAND, GERALD O'MALLEY KEN LAMBERT, GERALD SCARANO, H.J. BRAMLETT, EUGENE GEORGE, PAUL SONGER, CHARLES VELARDO, MATTHEW AULINE, GREGORY R. HESS, MICHAEL SCHMERBECK, VINCENT DELAZZERO AND BEN CAPP, JR. as Trustees of, and on behalf of, the BRICKLAYERS & TROWEL TRADES INTER-NATIONAL PENSION FUND, INTERNATIONAL MASONRY INSTITUTE, INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, Plaintiffs, vs. ACME TILE, INC. d/b/a ACME TILE CO., INC. Defendant. | CASE NO. 06-MC-1007 |

### PROOF OF SERVICE OF ORDER TO APPEAR

Plaintiffs, by their attorneys, Paul T. Berkowitz & Associates, Ltd., hereby file the attached proof of service of the following Order on Defendant **ACME TILE, INC. d/b/a ACME TILE CO., INC.**, by certified mail:

1. The Order of Magistrate Judge John A. Gorman dated April 10, 2006 rescheduling the hearing on Citation from April 13, 2006 to May 9, 2006.

By s/ Thomas E. Moss
Plaintiffs' Attorneys

April 21, 2006

PAUL T. BERKOWITZ
& ASSOCIATES, LTD.
Suite 600
123 West Madison Street
Chicago, IL 60602
(312) 419-0001
(312) 419-0002 Fax

## CERTIFICATE OF SERVICE

This will certify that on April 21, 2006, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following: None.

I hereby certify that I have mailed by United States Postal Service, postage prepaid, the document to the following non-CM/ECF participants:

>Acme Tile, Inc.
>d/b/a Acme Tile Co., Inc.
>12417 - 5th Street
>Pekin, IL 61554


/S/ Thomas E. Moss

PAUL T. BERKOWITZ
& ASSOCIATES, LTD.
Suite 600
123 West Madison Street
Chicago, IL 60602
(312) 419-0001
(312) 419-0002 Fax

PAUL T. BERKOWITZ & ASSOCIATES
123 WEST MADISON STREET
SUITE 600
CHICAGO, ILLINOIS 60602

(Extra Fee) ☐ Yes   CERTIFIED

2. Article Number
7185 9979 9240 0000 30

EUGENE C. WYMAN, PRESIDENT
12417 FIFTH ST.
PEKIN IL 61554

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☐ Agent)
X _[signature]_

B. Received By: (Please Print Clearly)

C. Date of Delivery: 4-14-06

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City    State    ZIP + 4 Code

7185 9979 9240 0000 3

1. Article Addressed To:
EUGENE C. WYMAN, PRESIDENT
ACME TILE, INC.
12417 FIFTH ST.
PEKIN IL 61554

11 APR 2006 PM 3 T

CERTIFIED MAIL

RE:  4.10.06
     Regular mail too
     TEM

7185 9979 9240 0000 3096
PAUL T. BERKOWITZ & ASSOCIATES
123 WEST MADISON STREET
SUITE 600
CHICAGO, ILLINOIS 60602

---

# U.S. District Court

## Central District of Illinois

Notice of Electronic Filing

The following transaction was received from WW, ilcd entered on 4/10/2006 at 11:41 AM CDT and filed on 4/10/2006

**Case Name:**   Flynn et al v. Acme Tile Company Inc et al
**Case Number:**   1:06-mc-1007
**Filer:**
**WARNING: CASE CLOSED on 02/03/2006**
**Document Number:**

**Docket Text:**
TEXT ONLY ORDER granting Oral Motion for Order. The citation (misc) Hearing set for 4/13/06 at 2:00 PM is CANCELLED AND RESET to Tuesday, 5/9/2006 at 1:30 PM in person in Courtroom C before Magistrate Judge John A. Gorman. Entered by Judge John A. Gorman on 4/10/06. (WW, ilcd)

The following document(s) are associated with this transaction:

**1:06-mc-1007 Notice will be electronically mailed to:**

Paul T Berkowitz    info@ptblaw.com, paul@ptblaw.com

Thomas Edward Moss    info@ptblaw.com, tom@ptblaw.com

**1:06-mc-1007 Notice will be delivered by other means to:**