E-FILED
Friday, 17 November, 2006  01:38:01 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| JAMES FLYNN, JAMES BOLAND, GERALD O'MALLEY KEN LAMBERT, GERALD SCARANO, H.J. BRAMLETT, EUGENE GEORGE, PAUL SONGER, CHARLES VELARDO, MATTHEW AUILINE, GREGORY R. HESS, MICHAEL SCHMERBECK, VINCENT DELAZZERO AND BEN CAPP, JR. as Trustees of, and on behalf of the BRICKLAYERS & TROWEL TRADES INTERNATIONAL MASONRY INSTITUTE, INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS,<br>Plaintiffs,<br>vs.<br>ACME TILE, INC. d/b/a ACME TILE CO., INC.<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO.  06-MC-1007<br>)<br>)<br>) |

## ORDER

This matter is before the Court on a Motion to Dismiss Citation and Vacate the Continued Hearing of November 20, 2006 filed by the Plaintiffs on November 17, 2006. By their Motion, Plaintiffs have advised the Court that Plaintiffs have completed the asset examination of Defendant and otherwise complied with this Court's Orders. Plaintiffs therefore have moved to dismiss the Citation and vacate the continued hearing date.

The Court, being duly advised, now **GRANTS** the motion to dismiss the citation against Defendant Acme Tile, Inc. d/b/a Acme Tile Co., Inc. and the Citation [DE4] is hereby dismissed. The Court further **ORDERS** that the November 20, 2006 hearing date is vacated.

SO ORDERED this 17th day of November, 2006.

s/ John A. Gorman
MAGISTRATE JUDGE JOHN A. GORMAN
UNITED STATES DISTRICT COURT